IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DINE DEVELOPMENT CORPORATION
and NOVA CORPORATION,

    Plaintiff,

vs.                                                                                 No. CIV 17-0015 JB/KBM

ERIN FLETCHER,

    Defendant.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Motion to Request Discovery and Pre-Trial Scheduling Order, filed April 21, 2017 (Doc. 30)("Motion"). In the Motion, Defendant Erin Fletcher requests an order for discovery and a pre-trial Scheduling Order pursuant to rule 16(b) of the Federal Rules of civil procedure. See Motion at 1. The Court held a hearing on April 25, 2017. See Draft Transcript of Motion Proceeding (taken April 25, 2017)("Tr.").[2] The Court grants Fletcher's requests for the reasons it stated at that hearing. See Tr. at 21:14-22:17 (Court, Fletcher); id. at 28:10-29:14 (Court, Harrison).

    **IT IS ORDERED** that the requests in the Motion to Request Discovery and Pre-Trial Scheduling Order, filed April 21, 2017 (Doc. 30), are granted.

---

[1]This Order disposes of the requests in the Motion to Request Discovery and Pre-Trial Scheduling Order, filed April 21, 2017 (Doc. 30). The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

[2]The Court's citations to the hearing transcript refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Jennifer A. Noya
Jeremy K. Harrison
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Erin Fletcher
Taylorsville, Utah

    *Defendant pro se*